IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

**FILED**

MAY 0 6 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF M(
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **1:25CR75JAR-ACL** |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| MARIO DEWAYNE WILLIAMS, JR., | ) | Title 18, U.S.C. 922(a)(6) |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

### Count I

**THE GRAND JURY CHARGES THAT:**

On or about December 2, 2024, in Dunklin County, Missouri, within the Southeastern

Division of the Eastern District of Missouri, Mario Dewayne Williams, Jr., the defendant herein,

knowingly made a false statement intended to deceive a federally licensed firearms dealer to

Bootheel Guns and Ammo LLC in connection with the acquisition of a firearm, a HS Produkt

Model XD9, 9mm pistol, with respect to a fact material to the lawfulness of the sale of the

firearm, namely in that the defendant falsely stated that he was the actual purchaser of the

firearm, in violation of Title 18, United States Code, Section 922(a)(6), and punishable under

Title 18, United States Code, Section 924(a)(2).

### Count II

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 19, 2024, in Dunklin County, Missouri, within the Southeastern

Division of the Eastern District of Missouri, Mario Dewayne Williams, Jr., the defendant herein,

knowingly made a false statement intended to deceive a federally licensed firearms dealer to

Bootheel Guns and Ammo LLC in connection with the acquisition of a firearm, a Glock Model 26, 9mm pistol, with respect to a fact material to the lawfulness of the sale of the firearm, namely in that the defendant falsely stated that he was the actual purchaser of the firearm, in violation of Title 18, United States Code, Section 922(a)(6), and punishable under Title 18, United States Code, Section 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.     Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section(s) 922(g) or 924(c) as set forth above, the defendant(s) shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation(s).

2.     If any of the property described above, as a result of any act or omission of the defendants:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
Foreperson

SAYLER A. FLEMING
United States Attorney

_____
Tim J. Willis, # 62428MO
Assistant United States Attorney